Yoon Ja KIM, Plaintiff–Appellant,

v.

THE EARTHGRAINS COMPANY (now known as Sara Lee Bakery Group, Inc.), Defendant–Cross Appellant.

Nos. 2011–1242, 2011–1266.

United States Court of Appeals, Federal Circuit.

May 13, 2011.

### ORDER

Appellant having paid the required docketing fee in the district court, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appeals 2011–1242 and 2011–1266 are consolidated. Revised official caption reflected above.

Cross Appellant should calculate the due date for its opening brief from the date of filing of this order.